JUDGE McMAHON  19MISC178

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Application for Exemption from
Electronic Public Access Fees by
The Focus Forward Project, Inc.

Standing Order: M10-468



## PACER FEE EXEMPTION ORDER

This matter is before the court upon the application and request by Joel Putnam, Interim Director, on behalf of the Focus Forward Project (the "Applicant"), for exemption from the fees imposed by the Electronic Public Access Fee Schedule adopted by the Judicial Conference of the United States Courts.

The Court finds, based upon the Application for Multi-Court Exemption from the Judicial Conference's Electronic Public Access (EPA) Fees dated April 2, 2019 describing the proposed use, the Applicant has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information.

Accordingly, the Applicant shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred in connection with the project described in the attached application. The Applicant shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court. Additionally, the following limitations apply:

1. This fee exemption applies only to the Applicant and is valid only for the purposes stated above.

2. This fee exemption applies only to the electronic case files of this Court that are available through the PACER system;

3. By accepting this exemption, the Applicant agrees not to sell for profit any data obtained as a result of receiving this exemption,

4. The Applicant is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases.

5. This exemption is valid from the date of this order until further order of the Court.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated: New York, New York
April 8, 2019

SO ORDERED:

_____
Colleen McMahon, Chief Judge
United States District Court
Southern District of New York

# Application for Multi-Court Exemption from the
# Judicial Conference's Electronic Public Access (EPA) Fees

1.) I am requesting an exemption from fees for public access to electronic case records for the courts selected below:

## Courts of Appeal

- [ ] All Courts of Appeal
- [ ] First Circuit
- [ ] Second Circuit
- [ ] Third Circuit
- [ ] Fourth Circuit
- [ ] Fifth Circuit
- [ ] Sixth Circuit
- [ ] Seventh Circuit
- [ ] Eighth Circuit
- [ ] Ninth Circuit
- [ ] Tenth Circuit
- [ ] Eleventh Circuit
- [ ] D.C. Circuit
- [ ] Federal Circuit

## Bankruptcy Appellate Panels (BAP)

- [ ] First Circuit - BAP
- [ ] Sixth Circuit - BAP
- [ ] Eighth Circuit - BAP
- [ ] Ninth Circuit - BAP
- [ ] Tenth Circuit - BAP

## District Courts

- [ ] All District Courts
- [ ] Alabama Middle
- [ ] Alabama Northern
- [ ] Alabama Southern
- [ ] Alaska
- [ ] Arizona
- [ ] Arkansas Eastern
- [ ] Arkansas Western
- [ ] California Central
- [ ] California Eastern
- [ ] California Northern
- [ ] California Southern
- [ ] Colorado
- [ ] Connecticut
- [ ] Delaware
- [ ] District of Columbia
- [ ] Florida Middle
- [ ] Florida Northern
- [ ] Florida Southern
- [ ] Georgia Northern
- [ ] Georgia Middle
- [ ] Georgia Southern
- [ ] Guam
- [ ] Hawaii
- [ ] Idaho
- [ ] Illinois Northern
- [ ] Illinois Central
- [ ] Illinois Southern
- [ ] Indiana Northern
- [ ] Indiana Southern
- [ ] Iowa Northern
- [ ] Iowa Southern
- [ ] Kansas
- [ ] Kentucky Eastern
- [ ] Kentucky Western
- [ ] Louisiana Eastern
- [ ] Louisiana Middle
- [ ] Louisiana Western
- [ ] Maine
- [ ] Maryland
- [ ] Massachusetts
- [ ] Michigan Eastern
- [ ] Michigan Western
- [ ] Minnesota
- [ ] Mississippi Northern
- [ ] Mississippi Southern
- [ ] Missouri Eastern
- [ ] Missouri Western
- [ ] Montana
- [ ] Nebraska
- [ ] Nevada
- [ ] New Hampshire
- [ ] New Jersey
- [ ] New Mexico
- [ ] New York Eastern
- [ ] New York Northern
- [x] New York Southern
- [ ] New York Western
- [ ] North Carolina Eastern
- [ ] North Carolina Middle
- [ ] North Carolina Western
- [ ] North Dakota
- [ ] Northern Mariana Islands
- [ ] Ohio Northern
- [ ] Ohio Southern
- [ ] Oklahoma Eastern
- [ ] Oklahoma Northern
- [ ] Oklahoma Western
- [ ] Oregon
- [ ] Pennsylvania Eastern
- [ ] Pennsylvania Middle
- [ ] Pennsylvania Western
- [ ] Puerto Rico
- [ ] Rhode Island
- [ ] South Carolina
- [ ] South Dakota
- [ ] Tennessee Eastern
- [ ] Tennessee Middle
- [ ] Tennessee Western
- [ ] Texas Eastern
- [ ] Texas Northern
- [ ] Texas Southern
- [ ] Texas Western
- [ ] Utah
- [ ] Vermont
- [ ] Virgin Islands
- [ ] Virginia Eastern
- [ ] Virginia Western
- [ ] Washington Eastern
- [ ] Washington Western
- [ ] West Virginia Northern
- [ ] West Virginia Southern
- [ ] Wisconsin Eastern
- [ ] Wisconsin Western
- [ ] Wyoming

## Bankruptcy Courts

- [ ] All Bankruptcy Courts

| | | | |
|---|---|---|---|
| [ ] Alabama Middle | [ ] Illinois Northern | [ ] Nebraska | [ ] Rhode Island |
| [ ] Alabama Northern | [ ] Illinois Central | [ ] Nevada | [ ] South Carolina |
| [ ] Alabama Southern | [ ] Illinois Southern | [ ] New Hampshire | [ ] South Dakota |
| [ ] Alaska | [ ] Indiana Northern | [ ] New Jersey | [ ] Tennessee Eastern |
| [ ] Arizona | [ ] Indiana Southern | [ ] New Mexico | [ ] Tennessee Middle |
| [ ] Arkansas Eastern | [ ] Iowa Northern | [ ] New York Eastern | [ ] Tennessee Western |
| [ ] Arkansas Western | [ ] Iowa Southern | [ ] New York Northern | [ ] Texas Eastern |
| [ ] California Central | [ ] Kansas | [ ] New York Southern | [ ] Texas Northern |
| [ ] California Eastern | [ ] Kentucky Eastern | [ ] New York Western | [ ] Texas Southern |
| [ ] California Northern | [ ] Kentucky Western | [ ] North Carolina Eastern | [ ] Texas Western |
| [ ] California Southern | [ ] Louisiana Eastern | [ ] North Carolina Middle | [ ] Utah |
| [ ] Colorado | [ ] Louisiana Middle | [ ] North Carolina Western | [ ] Vermont |
| [ ] Connecticut | [ ] Louisiana Western | [ ] North Dakota | [ ] Virgin Islands |
| [ ] Delaware | [ ] Maine | [ ] Northern Mariana Islands | [ ] Virginia Eastern |
| [ ] District of Columbia | [ ] Maryland | [ ] Ohio Northern | [ ] Virginia Western |
| [ ] Florida Middle | [ ] Massachusetts | [ ] Ohio Southern | [ ] Washington Eastern |
| [ ] Florida Northern | [ ] Michigan Eastern | [ ] Oklahoma Eastern | [ ] Washington Western |
| [ ] Florida Southern | [ ] Michigan Western | [ ] Oklahoma Northern | [ ] West Virginia Northern |
| [ ] Georgia Northern | [ ] Minnesota | [ ] Oklahoma Western | [ ] West Virginia Southern |
| [ ] Georgia Middle | [ ] Mississippi Northern | [ ] Oregon | [ ] Wisconsin Eastern |
| [ ] Georgia Southern | [ ] Mississippi Southern | [ ] Pennsylvania Eastern | [ ] Wisconsin Western |
| [ ] Guam | [ ] Missouri Eastern | [ ] Pennsylvania Middle | [ ] Wyoming |
| [ ] Hawaii | [ ] Missouri Western | [ ] Pennsylvania Western | |
| [ ] Idaho | [ ] Montana | [ ] Puerto Rico | |

## National Courts

- [ ] Judicial Panel on Multidistrict Litigation
- [ ] U.S. Court of Federal Claims
- [ ] U.S. Court of International Trade

2.) I am an individual associated with | The Focus Forward Project, Inc. |

3.) Please summarize why the case information from the Public Access to Court Electronic Records (PACER) service is needed and how it will be used. Also, please explain why an exemption from the courts identified is necessary. If you need more space, please provide in an attachment.

We have a fee exemption for this district that will expire on June 30, 2019. We would like to renew that exemption for as long a period as is reasonable. As background, the Focus Forward Project, Inc. is a registered 501(c)3 nonprofit in the state of New York that organizes and operates courses for federal criminal defendants. We track judicial outcomes of cases of all of our clients both so that we can continue to offer relevant anti-recidivism services for participants convicted of a crime after they graduate and to measure the effectiveness of our programs over time (insights we plan to share with other nonprofits and the public). We have served over 400 participants since 2012. As a nonprofit supported by small, individual donations, thanks to our exemption, we're able to redirect funds that would have been spent on PACER access to provide further services to those in need and additional data-driven lessons for the public good.

4.) In support of this application, I affirm the following:

a) An exemption from the Judicial Conference's EPA Fee is necessary in order to avoid unreasonable burdens and to promote public access to information.

b) That the exemption will be for a definitive period of time: 3 Years (with the intention to renew)

c) I understand that this fee exemption will apply only to me, will be valid only for the purposes stated above, and will apply only to the electronic case files of the court(s) indicated above that are available through the PACER service.

d) I agree that any data received through this exemption will not be sold for profit, will not be transferred, will not be used for commercial purposes, and will not be redistributed via the Internet.

[X] **Declaration:** I declare that all the above information is true and understand that a false statement may result in termination of my exempt access and an assessment of Electronic Public Access usage fees. (The box must be marked or your request will not be considered)

Joel Putnam
Applicant's Printed Name

Interim Director
Applicant's Title

*[signature]*
Applicant's Signature

(347) 619-2080
Applicant's Phone Number

joelputnam@focusforwardproject.org
Applicant's email address

PO Box 2892 c/o Focus Forward Project
Applicant's Mailing Address

New York | NY | 10008
City | State | Zip Code

4/2/2019
Date

Please submit your completed, signed request via email to Multi-CourtExemptions@ao.uscourts.gov or by mail to:

Attention: Multi-Court Exemptions
Court Programs Division
DPS-CSO-PRGD
One Columbus Circle, N.E.
Washington, DC 20544

** Requests sent through the US mail may take up to two weeks to clear security.**



# THE FOCUS FORWARD PROJECT, INC.

P.O. Box 2892, Church St. Station, New York, NY 10008-2892 | Tel: (347) 619-2080 | info@focusforwardproject.org

Joel Putnam
*Interim Director*

BOARD OF
DIRECTORS

Hon. Barbara S. Jones
*Chairperson*

Justine Alice Kentla Cho

Alexandra Katz

Deirdre von Dornum

Jose Maldonado

Amy Finzi

Anne Patterson Finn

Kathleen Veteri

Alexandra Conlon

April 2, 2019

Ruby J. Krajick
Clerk of Court
United Stated District Court
Southern District of New York
500 Pearl St, New York, NY 10007

Dear Ms. Krajick,

I hope this reaches you well. I'm writing to request a renewal of our organization's PACER Fee exemption for the Southern District of New York. We currently have an exemption that is set to expire June 30, 2019. We would like to renew that exemption for as many years as might be considered appropriate by the court.

I called your office and was instructed to include the information I included when we originally applied for our exemption via a Multi-Court exemption request. Accordingly, I'm enclosing an updated version of that application. If you have any questions or need any of this information in a different format, or addressed to anyone else, please feel free to contact me by phone or email.

Thank you very much for your time and consideration.

Sincerely,

Joel Putnam
Interim Director
The Focus Forward Project
PO Box 2892
New York, NY 10008

(347) 619-2080
joelputnam@focusforwardproject.org