

NEW YORK NY 100

03 APR 2019 PM 4 L

Clerk of Court
United Stated District Court
Southern District of New York
500 Pearl St, New York, NY 10007

10007-133059

The Focus Forward Project
PO Box 2892
New York, NY 10008

2019 APR -3 PM 1:38
CLERK'S OFFICE
S.D.N.Y.
RECEIVED